(June 13, 1988)

■ In the Matter of MICHAEL H. ROSENBERG, for Reinstatement as an Attorney, Petitioner.—Application for reinstatement granted and petitioner, Michael H. Rosenberg, reinstated as an attorney and counselor-at-law, effective immediately. Kane, J. P., Casey, Weiss, Yesawich, Jr., and Levine, JJ., concur.